**LOKER LAW, APC**
Matthew M. Loker, Esq. (279939)
matt@loker.law
1303 East Grand Avenue, Suite 101
Arroyo Grande, CA 93420
Telephone: (805) 994-0177
Facsimile: (805) 994-0197

*Attorney for Plaintiff,*
Raymond Aispuro

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND AISPURO,<br><br>Plaintiff,<br><br>v.<br><br>FAIR COLLECTIONS & OUTSOURCING, INC.; AND, EQUIFAX INFORMATION SERVICES LLC<br><br>Defendant(s). | **Case No.:** CV20-8272 ODW (PDx)<br><br>**NOTICE OF SETTLEMENT WITH DEFENDANT FAIR COLLECTIONS & OUTSOURCING, INC.**<br><br>**HON. OTIS D. WRIGHT, II** |

NOTICE IS HEREBY GIVEN that the dispute between Plaintiff RAYMOND AISPURO ("Plaintiff") and Defendant FAIR COLLECTIONS & OUTSOURCING, INC. ("FCO") has been resolved. The Parties anticipate filing a Joint Stipulation to Dismiss this Action with Prejudice within sixty days. Plaintiff requests that all pending dates and filing requirements with be vacated.

Date: April 19, 2021                                    **LOKER LAW, APC**

                                              By:    ___/s/ Matthew M. Loker___
                                                    MATTHEW M. LOKER, ESQ.
                                                    ATTORNEY FOR PLAINTIFF

### CERTIFICATE OF SERVICE

A copy of the foregoing *Notice of Settlement with Defendant Fair Collections & Outsourcing, Inc.* has been filed on April 19, 2021 through the Court's electronic filing system. All parties may access the foregoing via the Court's electronic filing system.

                                                    ___/s/ Matthew M. Loker___
                                                    MATTHEW M LOKER, ESQ.

LOKER LAW, APC
1303 EAST GRAND AVENUE, SUITE 101
ARROYO GRANDE, CA 93420

CASE NO.: CV20-8272 ODW (PDx)     1 OF 1     *Aispuro v. FCO, et al.*
NOTICE OF SETTLEMENT WITH DEFENDANT FAIR COLLECTIONS & OUTSOURCING, INC.