# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RAYMOND AISPURO,** | **Case No.:** CV20-8272 ODW (PDx) |
| Plaintiff, | |
| | **[PROPOSED] ORDER** |
| v. | |
| | **HON. OTIS D. WRIGHT, II** |
| **FAIR COLLECTIONS & OUTSOURCING, INC.; AND, EQUIFAX INFORMATION SERVICES LLC** | |
| Defendant(s). | |

Based upon the Parties' Stipulation, and good cause, this Court hereby orders this Action, to be, and is, dismissed with prejudice.

IT IS SO ORDERED.

Dated: _____                    _____

HON. OTIS D. WRIGHT, II
UNITED STATES DISTRICT COURT JUDGE